```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 09-20673-CR-GRAHAM(S)
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

LEE ERNEST BROCK,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on February 17, 2010. A Report and Recommendation filed on March 1, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Twenty in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of April, 2010.

                                          _____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Andrea Hoffman, AUSA
        Herman Frank Rubio, Jr., Esq.
```