UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20673-CR-GRAHAM(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LEE ERNEST BROCK,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on July 13, 2010. A Report and Recommendation was filed on October 20, 2010 recommending payment in the amount of $21,840.70 as to voucher number FLS093430. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of October, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
       Leonard P. Fenn, Esq.
       Lucy Lara, CJA Administrator